**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 427 WAL 2018

           Respondent              :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

              v.                     :

                                   :

CARL ELISAS WHITEHEAD,          :

                                   :

           Petitioner              :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.

      Justice Wecht did not participate in the consideration or decision of this matter.